**SHAPIRO, DICARO & BARAK, LLC**
Attorneys for Wells Fargo Bank, N.A.
175 Mile Crossing Boulevard
Rochester, New York 14624
Telephone: (585) 247-9000, Fax: (585) 247-7380
**Nicole DiStasio**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION

| | |
|---|---|
| IN RE | CHAPTER 13 |
| MATTHEW BLANCHARD AND SARAH BLANCHARD | CASE NO. 19-35527-cgm |
| DEBTORS | |

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK   )
                    )ss:
COUNTY OF MONROE    )

I, Lora Mosher, being sworn, say, I am not a party to this action; I am over 18 years of age, I reside in Rochester, New York.

On May 8, 2019 I served the within Notice of Appearance upon:

TO:   Debtors
      Matthew Blanchard
      229 Heather Lane
      Kingston, NY 12401

      Sarah Blanchard
      229 Heather Lane
      Kingston, NY 12401

      Attorney for Debtor
      William W. Frame
      Law Office of William W. Frame
      14 Johns Road
      Middletown, NY 10941

      Trustee
      Krista M. Preuss
      Chapter 13 Standing Trustee

15-046645 - BK03

399 Knollwood Road
White Plains, NY 10603

U.S. Trustee Office of the U.S. Trustee
Leo W. O'Brien Federal Building
11A Clinton Avenue, Room 620
Albany, NY 12207

at the addresses designated by the foregoing individuals for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Date May 8, 2019

_____
Lora Mosher
Bankruptcy Assistant
Shapiro, DiCaro & Barak, LLC
Attorneys for Wells Fargo Bank, N.A.
175 Mile Crossing Boulevard
Rochester, New York 14624
Telephone: (585) 247-9000
Fax: (585) 247-7380

Sworn to before me this
8 day of May, 2019

_____
Notary Public

KATRINA BELLIS
Notary Public, State of New York
No. 01BE6128872
Qualified in Monroe County
Commission Expires June 20, 2021

15-046645 - BK03